Query   Reports   Utilities   Help   Log Out

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:23-mj-09257-1

2:22-cr-00607-RGK-1

**FILED**
CLERK, U.S. DISTRICT COURT
9/15/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ____TV____ DEPUTY

| | |
|---|---|
| Case title: USA v. SEALED | Date Filed: 06/27/2023 |
| Other court case number: 2:22-cr-607-RGK Central District of California | Date Terminated: 06/27/2023 |

Assigned to: Unassigned

**Defendant (1)**

**YOUSSEF MIKAIL**
*TERMINATED: 06/27/2023*

represented by **STACY ANN BIANCAMANNO**
ARLEO, DONOHUE & BIANCAMANNO, LLC
622 Eagle Rock Avenue
West Orange, NJ 07052
973-736-8660
*TERMINATED: 06/27/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                  **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                               **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                      **Disposition**
18:1703A.F Destruction of mail by postal service employee without authority

**Plaintiff**

**USA**
*TERMINATED: 06/27/2023*

represented by **JAKE A. NASAR**
DOJ-USAO
UNITED STATES ATTORNEY'S OFFICE,
DISTRICT OF NEW JERSEY
970 BROAD STREET
NEWARK, NJ 07102
973-297-2098
Email: jake.nasar@usdoj.gov
*TERMINATED: 06/27/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2023 | 1 | Rule 5 Documents Received as to YOUSSEF MIKAIL (tjg, ) (Entered: 07/05/2023) |
| 06/27/2023 | | Arrest (Rule 5) of YOUSSEF MIKAIL (tjg, ) (Entered: 07/05/2023) |
| 06/27/2023 | 2 | Minute Entry for proceedings held before Magistrate Judge Cathy L. Waldor:Initial Appearance in Rule 5 Proceedings as to YOUSSEF MIKAIL held on 6/27/2023 (Court Reporter/Recorder ECR.) (tjg, ) (Entered: 07/05/2023) |
| 06/27/2023 | 3 | Brady ORDER as to YOUSSEF MIKAIL. Signed by Magistrate Judge Cathy L. Waldor on 6/27/23. (tjg, ) (Entered: 07/05/2023) |
| 06/27/2023 | 4 | ORDER Setting Conditions of Release as to YOUSSEF MIKAIL (1) 100,000.00 UNSECURED (Finance notified). Signed by Magistrate Judge Cathy L. Waldor on 6/27/23. (tjg, ) (Entered: 07/05/2023) |
| 06/27/2023 | 5 | UNSECURED Bond Entered as to YOUSSEF MIKAIL in amount of $ 100,000.00, (tjg, ) (Entered: 07/05/2023) |
| 06/27/2023 | | Notice to Central District of California of a Rule 5 or Rule 32 Initial Appearance as to YOUSSEF MIKAIL. Your case number is: 2:22-cr-607-RGK. Docket sheet and documents attached. *(If you require certified copies of any documents, please send a request to InterdistrictTransfer_NJD@njd.uscourts.gov.)* (tjg, ) (Entered: 07/05/2023) |

Case 2:22-cr-00607-RGK   Document 5   Filed 09/15/23   Page 3 of 7   Page ID #:14

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

Youssef Mikail
*Defendant*

MAGISTRATE JUDGE: Cathy L. Waldor

CASE NO. 23-9257

DATE OF PROCEEDINGS: 6/27/2023

DATE OF ARREST: 6/27/2023

**PROCEEDINGS:** Initial Appearance - Rule 5 OUT

- [ ] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [x] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [x] OTHER: ___

- [ ] ORDER OF DETENTION
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED – DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: 100,000
  - [x] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] BRADY ORDER ON THE RECORD
- [x] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [x] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS
- [x] ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: ___

DATE: ___
DATE: ___
DATE: ___
DATE: ___
DATE: ___

**APPEARANCES:**

AUSA: Nasar Jake

DEFT. COUNSEL: Stacy Biancamano

PROBATION: ___

INTERPRETER ___
Language: ___

TIME COMMENCED: 2:15pm
TIME TERMINATED: 2:30pm
CD NO: ECR

Alexus Wheeler
DEPUTY CLERK

for the District of New Jersey

United States of America

v.

_Youssef Mikail_
Defendant

**ORDER SETTING
CONDITIONS OF RELEASE**

Case Number: 23-MJ- 9257

IT IS ORDERED on this __27__ day of __JUNE__, 2022, that the release of the defendant is subject to the following conditions:

(1) The defendant must not violate any federal, state or local law while on release.
(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change of address and/or telephone number.
(4) The defendant must appear in court as required and must surrender to serve any sentence imposed.

**Release on Bond**

Bail be fixed at $___100,000___ and the defendant shall be released upon:

(X) Executing an unsecured appearance bond ( ) with co-signor(s) _____;
( ) Executing a secured appearance bond ( ) with co-signor(s)_____, and ( ) depositing in cash in the registry of the Court _____% of the bail fixed; and/or ( ) execute an agreement to forfeit designated property located at _____. Local Criminal Rule 46.1(d)(3) waived/not waived by the Court.
( ) Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof;

**Additional Conditions of Release**

Upon finding that release by the above methods will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, it is further ordered that the release of the defendant is subject to the condition(s) listed below:

IT IS FURTHER ORDERED that, in addition to the above, the following conditions are imposed:
(X) Report to Pretrial Services ("PTS") as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop.
( ) The defendant shall not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; not retaliate against any witness, victim or informant in this case.
(X) The defendant shall be released into the third party custody of ___Demiana Mikail___

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Custodian Signature: __s/ Demiana Mikail__    Date: __6/27/2023__

DNJ-CR-019((REV. 1/09)(modified AO-199)    Page 1

( x )  The defendant's travel is restricted to ( x ) New Jersey  ( x ) Other_____
_____  ( x )  unless approved by Pretrial Services (PTS).
( x )  Surrender all passports and travel documents to PTS.  Do not apply for new travel documents.
( x )  Substance abuse testing and/or treatment as directed by PTS. Refrain from obstructing or tampering with substance abuse testing procedures/equipment.
( x )  Refrain from possessing a firearm, destructive device, or other dangerous weapons.  All firearms in any home in which the defendant resides shall be removed by <u>24 hours</u> and verification provided to PTS. Defendant shall also surrender all firearm purchaser's identification cards and permits to pretrial Services.
(   )  Mental health testing/treatment as directed by PTS.
(   )  Abstain from the use of alcohol.
(   )  Maintain residence or residence approved by Pretrial Services.
( x )  Maintain or actively seek employment.
(   )  No contact with minors unless in the presence of a parent or guardian who is aware of the present offense.
(   )  Have no contact with the following individuals: _____

(   )  Defendant is to participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
    (   ) (i)  Curfew.  You are restricted to your residence every day ( ) from_____ to_____, or ( ) as directed by the pretrial services office or supervising officer; or
    (   ) (ii) Home Detention. You are restricted to your residence at all times except for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer. Additionally, employment ( ) is permitted  ( ) is not permitted.
    (   ) (iii) Home Incarceration.  You are restricted to your residence under 24 hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the court.
    (   ) (iv) For the purpose of Location Monitoring, the defendant shall install a landline in his/her residence within 10 days of release, unless waived by Pretrial Services.
    (   ) (v)  Stand Alone Monitoring.  You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the Court.*
(   )  Defendant is subject to the following computer/internet restrictions which may include manual inspection and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services.  The defendant shall pay all or part of the cost of the monitoring software based upon their ability to pay, as determined by the pretrial services office or supervising officer.
    (   ) (i)  No Computers - defendant is prohibited from possession and/or use of computers or connected devices.
    (   ) (ii) Computer - No Internet Access: defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc);
    (   ) (iii) Computer With Internet Access:  defendant is permitted use of computers or connected devices, and is permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services at [ ] home [ ] for employment purposes.
    (   ) (iv) Consent of Other Residents -by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.

( x ) Other: <u>The defendant shall remove all non-lethal weapons, including pepper spray from his home within 24hrs of his release</u>

( x ) Other: <u>Comply with all pending state court matters.</u>

(   ) Other: _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

  Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

  While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

  It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

  If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

  A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

  I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

s/ Youssef Makail
_____
Defendant's Signature

_____
City and State

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 6/27/2023

s/ Cathy L. Waldor
_____
*Judicial Officer's Signature*

s/ Cathy L. Waldor
_____
*Printed Name and Title*

DNJ-CR-011  (3/2010) Appearance Bond

# UNITED STATES DISTRICT COURT
For the  District of  NEW JERSEY

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

Youssef Mikail
Defendant

Case Number: 23-9257

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 100,000  UNSECURED

The conditions of this bond are that the defendant  Youssef Mikail
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on  6/27/2023  at  Newark , New Jersey
Date  Place

Defendant  Youssef Mikail  Address  Bayonne, New Jersey
(City & State Only)

Surety  Address
(City & State Only)

Surety  Address
(City & State Only)

Signed and acknowledged before me on  6/27/2023
Date

Melissa E. Rhoads, Esq., Clerk of Court

Alexus Wheeler
Approved  s/ Cathy L. Waldor  Deputy Clerk
Judicial Officer