E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorney
International Narcotics, Money Laundering,
and Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238
    Facsimile: (213) 894-0141
    E-mail:   kyle.kahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>YOUSSEF V. MIKAIL,<br><br>       Defendant. | CR No. 2:22-00607-RGK<br><br>STIPULATION REGARDING REQUEST FOR <u>(1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u><br><br>**CURRENT TRIAL DATE:** 11/14/23<br>**PROPOSED TRIAL DATE:** 06/18/24 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Kyle W. Kahan, and defendant YOUSSEF V. MIKAIL ("defendant"), both individually and by and through his counsel of record, Deputy Federal Public Defender Anne O'Toole, hereby stipulate as follows:

    1.   The Indictment in this case was filed on December 20, 2022. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on September 19, 2023.

1  The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the
2  trial commence on or before November 28, 2023.
3      2.   On September 19, 2023, the Court set a trial date of
4  November 14, 2023.
5      3.   Defendant is released on bond pending trial.  The parties
6  estimate that the trial in this matter will last approximately three
7  days.
8      4.   By this stipulation, defendant moves to continue the trial
9  date to June 18, 2024.  This is the first request for a continuance.
10      5.   Defendant requests the continuance based upon the following
11 facts, which the parties believe demonstrate good cause to support
12 the appropriate findings under the Speedy Trial Act:
13         a.   Defendant is charged with a violation of Title 18,
14 United States Code, Section 1703(a):  Opening and Destruction of Mail
15 by a Postal Service Employee Without Lawful Authority.  The
16 government has produced discovery to the defense, including over 100
17 pages of reports and memorandums of interviews, three video files,
18 two audio files of defendant's interviews, and three spreadsheets
19 containing training record and computer access records.  The
20 government has not produced a spreadsheet containing additional
21 computer access records due to the large amount of personal
22 identifying information contained within.  The government has made
23 the spreadsheet available to defense counsel for review at the
24 government's office.
25         b.   Defense counsel is presently scheduled to be in a the
26 following trials: (1) United States v. Inzurzu, 21-CR-112-SVW, a
27 possession with intent to distribute case, scheduled to begin on
28 November 14, 2023, and expected to last three days; United States v.

1  Sison, 20-CR-418-MWF, a two-defendant healthcare fraud case,
2  scheduled to begin on December 5, 2023, and expected to last two to
3  three days; United States v. Mendoza, 23-CR-211-GW, a possession with
4  intent to distribute case, scheduled to begin on January 9, 2024, and
5  expected to last two to three days; United States v. Gutierrez, 23-
6  CR-197-SB, a possession with intent to distribute case, scheduled to
7  begin on January 30, 2024 and expected to last three days; United
8  States v. Redholtz, 22-CR-433-MCS, a possession of child pornography
9  case, scheduled to begin on February 20, 2024 and expected to last
10 two to three days; and United States v. Power, 20-CR-15-FMO, a
11 conspiracy to provide kickbacks case scheduled to begin on April 23,
12 2024 and expected to last three days.  Accordingly, counsel
13 represents that she will not have the time that she believes is
14 necessary to prepare to try this case on the current trial date.
15          c.   In light of the foregoing, counsel for defendant also
16 represents that additional time is necessary to confer with
17 defendant, conduct and complete an independent investigation of the
18 case, conduct and complete additional legal research including for
19 potential pre-trial motions, review the discovery and potential
20 evidence in the case, and prepare for trial in the event that a
21 pretrial resolution does not occur.  Defense counsel represents that
22 failure to grant the continuance would deny her reasonable time
23 necessary for effective preparation, taking into account the exercise
24 of due diligence.
25          d.   Defendant believes that failure to grant the
26 continuance will deny him continuity of counsel and adequate
27 representation.
28          e.   The government does not object to the continuance.

3

   f. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

  6. For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of November 14, 2023 to June 18, 2024, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

///

7. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: October 23, 2023                    Respectfully submitted,

                                           E. MARTIN ESTRADA
                                           United States Attorney

                                           MACK E. JENKINS
                                           Assistant United States Attorney
                                           Chief, Criminal Division

                                            /s/ Kyle W. Kahan
                                           KYLE W. KAHAN
                                           Assistant United States Attorney

                                           Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA

I am YOUSSEF V. MIKAIL's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than June 18, 2024, is an informed and voluntary one.

*Annie O'Toole*                             10/20/2023
ANNE O'TOOLE                                Date
Deputy Federal Public Defender
Attorney for Defendant
YOUSSEF V. MIKAIL

5

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than June 18, 2024. I understand that I will be ordered to appear in Courtroom 850 of the Edward R. Roybal Federal Building, 255 East Temple Street, Los Angeles, California, on June 18, 2024 at 9:00 a.m.

_____   10/19/23
YOUSSEF V. MIKAIL                Date
Defendant