CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ANNE O'TOOLE (Bar No. 340469)
(E-Mail: annie_otoole@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
YOUSSEF V. MIKAIL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOUSSEF V. MIKAIL,<br><br>Defendant. | Case No. CR 22-00607-RGK<br><br>**[PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT**<br><br>**[Proposed] Trial Date:** 3/5/2024 |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on November 2, 2023. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from January 23, 2024 to March 5, 2024.

2. The time period of January 23, 2024 to March 5, 2024 inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 850 of the Edward R. Roybal Federal Building, 255 East Temple Street, Los Angeles, California on March 5, 2024 at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

DATED:                          By_____
                                HON. R. GARY KLAUSNER
                                United States District Judge

Presented by:

*/s/ Anne O'Toole*
ANNE O'TOOLE
Deputy Federal Public Defender

2