CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ANNE O'TOOLE (Bar No. 340469)
(E-Mail: annie_otoole@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
YOUSSEF V. MIKAIL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00607-RGK |
| Plaintiff, | |
| v. | **STIPULATION TO MODIFY BOND CONDITIONS** |
| YOUSSEF V. MIKAIL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Attorney Kyle Kahan, and defendant Youssef V. Mikail by and through his attorney of record, Deputy Federal Public Defender, Anne O'Toole that:

1. On June 27, 2023, Mr. Mikail made his initial appearance in this matter in the United States District Court for the District of New Jersey.

2. On September 19, 2023, Mr. Mikail made his initial appearance in this District, appearing before a federal magistrate judge over video teleconference from New Jersey.

3.   At the initial appearance, the parties agreed to a proposed unsecured $100,000 appearance bond based on the same conditions that had been previously imposed in the District of New Jersey.

4.   The bond form that was submitted to the Court erroneously included a condition that Mr. Mikail not use alcohol and submit to alcohol testing. This was not a condition from Mr. Mikail's conditions previously imposed in the District of New Jersey. *See United States v. Mikail*, 2:23-mj-09257, Dkt. 4 (D.N.J.).

5.   Accordingly, Mr. Mikail requests that the Court modify his bond conditions to remove the prohibition against alcohol and alcohol testing condition.

6.   The government does not object to this modification.

7.   The Court also included a condition that Mr. Mikail clear outstanding warrants or DMV and traffic violations and provide proof to Supervising Agency within 90 days of release from custody.

8.   Mr. Mikail is currently working to clear any outstanding warrants or DMV and traffic violations but needs more time to do so.

9.   Accordingly, Mr. Mikail requests a 90-day extension to clear any outstanding warrants or DMV and traffic violations.

10.   The government does not object to this modification.

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

2

For all these reasons, the parties hereby stipulate that the Court should modify Mr. Mikail's bond conditions to: (1) eliminate the prohibition against alcohol; (2) eliminate the alcohol testing condition; and (3) extend the time by which Mr. Mikail must clear any outstanding warrants or DMV and traffic violations by 90 days.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: December 15, 2023    By  /s/ Anne O'Toole
ANNE O'TOOLE
Deputy Federal Public Defender
Attorney for YOUSSEF V. MIKAIL

MARTIN ESTRADA
United States Attorney

DATED: December 15, 2023    By  /s/ Kyle Kahan (via e-mail authorization)
KYLE KAHAN
Assistant United States Attorney

3